**Orlando Rapheal CLARK,**
**Plaintiff–Appellant,**

v.

. **Officer HARRISON, Defendant–**
**Appellee,**

and

**Boyd Bennett; Lawrence Solomon,**
**Defendants.**

**No. 10–6447.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 6, 2010.

Orlando Rapheal Clark, Appellant Pro Se. James Philip Allen, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Rapheal Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clark v.*

*Harrison,* No. 5:08–ct–03114–D (E.D.N.C. Mar. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*